IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:24-CR-23-D-RJ

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ALEXANDER DOUGLAS KUHN | ) | |

Before the Court is the *Unopposed Motion to Manually File Digital Exhibits In Support of Pretrial Motions* ("Motion"). For good cause, the Motion is GRANTED.

NOW, THEREFORE, the Clerk of Court is ORDERED to accept for manual filing one or more USB drives, DVD(s), or similar media from counsel for Defendant containing the audio and video recordings of Mr. Kuhn's interrogation by law enforcement on July 13, 2023.

The Court finds that the files referenced in the Motion contain sensitive information regarding minors, and that the legitimate interest in maintaining the privacy of those materials outweighs the public's right of access to court records and the Defendant's right to a fair trial. NOW, THEREFORE, the Clerk is ORDERED to maintain the USB drive or drives, DVD, or other media received pursuant to this order UNDER SEAL pending further order of the Court.

The delay occasioned by this motion is excluded from Speedy Trial Act computation pursuant to 18 USC § 3161(h)(7)(A) for the reason that the interests of justice outweigh the interests of the public and the defendant in a speedy trial.

SO ORDERED, this __25__ day of August, 2025.

JAMES C. DEVER III
United States District Judge