IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:24-CR-23-D-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ALEXANDER DOUGLAS KUHN | ) | |

Before the Court is the unopposed *Motion to Seal Exhibits Submitted In Support of Pretrial Motions* (Motion). The Court finds that the exhibits subject to the Motion contain or reference sensitive information about minors allegedly involved in this case and otherwise contain sensitive personal information of various individuals. The materials were also produced to the defense during discovery and are subject to the Court's protective order (DE 21). There is a compelling interest in maintaining the affected minors' privacy interests and other individuals' interests in personal information. These compelling interests outweigh the interests of the public in accessing court documents. No alternative to sealing is practical or possible. The government does not object to the request.

NOW, THEREFORE, for good cause, the Motion to Seal is GRANTED. The Clerk is ORDERED to maintain the Exhibits filed at Docket Entries 83-1, 83-2, 85-1, 85-2, 85-3, 85-4, and 85-5 under seal pending further order of the Court.

SO ORDERED, this __3__ day of September, 2025.

JAMES C. DEVER III
United States District Judge