IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:24-CR-23-D-RJ

UNITED STATES OF AMERICA

v.

ALEXANDER DOUGLAS KUHN

**ORDER TO SEAL**

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 92 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a signed copy of the Order to the United States Attorney's Office and to Counsel for Defendant.

IT IS SO ORDERED, this the 17 day of October, 2025.

JAMES C. DEVER III
United States District Judge