IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:24-CR-00023-D-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALEXANDER DOUGLAS KUHN | ) | |

The Government filed an unopposed motion to reopen and extend the deadline to file a response to Defendant's Motion to Suppress, filed at Docket Entry 82. For good cause, the Court GRANTS the Government's motion.

The deadline to file a response to Defendant's Motion to Suppress is hereby reopened and extended through Monday, October 27, 2025. The Defendant is allowed to file a reply to the Government's response by and through October 30, 2025.

SO ORDERED. This 21 day of October, 2025.

JAMES C. DEVER, III
United States District Judge

1