IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:24-CR-23-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ALEXANDER DOUGLAS KUHN | ) | |
| | ) | |
| Defendant. | ) | |

The court GRANTS the United States' motion to seal [D.E. 100]. The court will hold a hearing on defendant's pending motions [D.E. 82, 84] on November 7, 2025, at 1:00 p.m. in courtroom one of the Terry Sanford Federal Building and United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina.

SO ORDERED. This 18 day of October, 2025.

JAMES C. DEVER III
United States District Judge