UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:24-CR-23-1-D

UNITED STATES OF AMERICA

v.                                              **ORDER**

ALEXANDER KUHN

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED

that Defendant's proposed sealed document filed on 15 July 2026 be sealed until

further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the

sealed filing to counsel for the Government and Defendant upon their request.

SO ORDERED.

This the 15 day of July, 2026.


JAMES C. DEVER III
United States District Judge