IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:24CR00023-001D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ALEXANDER DOUGLAS KUHN, | ) | ORDER RELEASING ACCOUNT |
| | ) | FROM WRIT OF GARNISHMENT |
| Defendant, | ) | |
| v. | ) | |
| | ) | |
| NAVY FEDERAL CREDIT UNION, | ) | |
| | ) | |
| Garnishee. | ) | |

UPON MOTION by the United States for an Order to Release Account from Writ of Garnishment:

IT IS ORDERED that Navy Federal Credit Union release and unfreeze account ending in 8221 from this Court's Writ of Garnishment. All other accounts identified by Navy Federal Credit Union and subject to the Writ of Garnished should remain frozen pending further order from the Court.

SO ORDERED, this 16 day of October, 2026.

JAMES C. DEVER III
United States District Judge